UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2020
SEPTEMBER 28, 2021 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:21-cr-00188
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

LACEY MOORE
    also known as "LACY MOORE"

### I N D I C T M E N T
(Possession of a Firearm by a Felon)

The Grand Jury Charges:

1. On or about June 2, 2021, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant LACEY MOORE, also known "Lacy Moore," did knowingly possess a loaded firearm, that is, a loaded Hi-Point model C9 .9mm caliber pistol, in and affecting interstate commerce.

2. At the time defendant LACEY MOORE, also known as "Lacy Moore," possessed the aforesaid firearm, he knew had been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20); to wit:

(1) Convicted on or about August 22, 2003, in the United States District Court for the Southern District of West Virginia, of Possession of a Firearm During and in Relation to a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1)(A), in

case number 2:03-cr-00063-01;

(2) Convicted on or about January 10, 2017, in the Circuit Court of Kanawha County, of Attempted Delivery of Heroin in violation of W. Va. Code § 60A-4-401, in case number 16-F-125; and

(3) Convicted on or about April 1, 2020, in the United States District Court for the Southern District of West Virginia, of Escape in violation of 18 U.S.C. § 751(a), in case number 2:19-cr-00303-01.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

        LISA G. JOHNSTON
        Acting United States Attorney

By: _____
      KRISTIN F. SCOTT
      Assistant United States Attorney